UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 22-cr-409 APM |
| v. : | |
| : | |
| ERIC DOUGLAS CLARK, : | |
| : | |
| Defendant. : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR EXTENSION OF TIME TO SELF-REPORT

The United States of America, in response to the defendant's motion for an extension of time to self-report, ECF No. 138, does not oppose a modification of the judgment to allow a reporting date of: "No earlier than August 15, 2024."

In researching the issue, the government discovered that Mr. Clark was not fingerprinted, and the Bureau of Prisons is having difficulty designating a facility due to the lack of fingerprints. The government would request the Court to order Mr. Clark to provide fingerprints as a condition of his probation.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ *Adam M. Dreher*
ADAM M. DREHER
Assistant United States Attorney
Michigan Bar No. P79246

ERIC W. BOYLAN
Assistant United States Attorney
Texas Bar No. 24105519

601 D. St. N.W.
Washington, D.C. 20530
(202) 252-1706